## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| MIDWAY GOLD US INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## DISCLOSURE REGARDING RECEIVERS

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[ X ]   No receiver is in possession of debtor's property

[   ]   A receiver is in possession of all or part of the debtors' property:

Dated:  June 21, 2015                         MIDWAY GOLD U.S. INC.

  */s/ Bradley Blacketor*
  _____
  By: Bradley Blacketor
  Its: Senior Vice President and Treasurer

  SENDER WASSERMAN WADSWORTH, P.C.

  */s/ Harvey Sender*
  Harvey Sender, #7546
  John B. Wasserman, #10011
  Aaron J. Conrardy, #40030
  1660 Lincoln Street, Suite 2200
  Denver, Colorado 80264
  Phone: (303) 296-1999/Fax: (303) 296-7600
  hsender@sww-legal.com
  jwasserman@sww-legal.com
  aconrardy@sww-legal.com
  Attorneys for Debtor