**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| MIDWAY GOLD U.S. Inc., *et al.* ) | Case No. 15-16835 MER |
| ) | Chapter 11 |
| ) | **Jointly Administered Under** |
| Debtors[1]. ) | **Case No. 15-16835 MER** |

_____

**APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C. AS CO-COUNSEL FOR DEBTORS-IN-POSSESSION**
_____

Midway Gold U.S. Inc. and the affiliated debtors and debtors in possession in these cases (collectively, the "Debtors"), by and through their undersigned counsel Sender Wasserman Wadsworth, for their Application to Employ Sender Wasserman Wadsworth, P.C. as Co-Counsel for the Debtors-in-Possession ("Application"), hereby states as follows:

1. Debtors filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on June 22, 2015 (the "Petition Date"), and are operating as Debtors-in-Possession. On June 23, 2015, the Court entered orders in each of the Debtors' respective cases granting the joint administration of Debtors' cases.

2. On June 22, 2015, Debtors filed an Application to Employ and Retain Squire Patton Boggs (US) LLP as Primary Legal Counsel for the Debtors and Debtors in Possession (the "SPB Application"). Squire Patton Boggs (US) LLP ("SPB") is lead counsel for the Debtors, while SWW is co-counsel for the Debtors.

3. Debtors have selected the firm of Sender Wasserman Wadsworth, P.C. ("SWW") by reason of their expertise and experience in bankruptcy matters and believes that said attorneys are well qualified to represent the Debtor in these proceedings.

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: MDW Pan LLP (4096), Midway Gold Corp. (9178), MDW Pan Holding Corp. (0235), MDW Mine ULC (9538), Midway Services Company (5123), MDW Gold Rock LLP (5234), RR Exploration LLC (8848), Nevada Talon LLC (2943), Midway Gold Realty LLC (8923), Midway Gold US Inc. (8512), GEH (BC) Holding Inc. (n/a), GEH (US) Holding Inc. (3986), Golden Eagle Holding Inc. (4065), MDW-GR Holding Corp. (5722).

4. SWW will counsel and assist the Debtors in all matters necessary to fully administer the Chapter 11 case and perform all legal services for the Debtor as may become necessary herein, including:

    a. Preparation on behalf of the Debtor-in-Possession of all necessary reports, orders and other legal papers required in this Chapter 11 proceeding;

    b. Performance of all legal services for Debtor as Debtor-in-Possession that may become necessary herein;

    c. Representation of the Debtor-in-Possession in any litigation that the Debtor-in-Possession determines is in the best interest of the estate.

5. The Debtors desire to employ SWW because of the extent and complexity of the legal services required in this proceeding.

6. As stated in the Affidavit of Harvey Sender attached hereto as Exhibit 1, SWW does not hold or represent any interest adverse to the Debtors and the bankruptcy estates, except as stated herein and as described in the affidavit, and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code. To the best of its knowledge and except as otherwise disclosed herein, the firm of SWW has no connection with any of the creditors of the Debtors, the Debtor or any other party in interest, his respective attorneys and/or accountants, the United States Trustee and any person employed by the Office of the United States Trustee other than (a) as set forth herein; (b) Harvey Sender, a partner at SWW, has been a Chapter 7 panel trustee in numerous cases since approximately 1984; (c) David V. Wadsworth, a partner at SWW, has been a Chapter 7 panel trustee in numerous cases since 2009; (d) Daniel A. Hepner, Of Counsel at SWW, has been a Chapter 7 panel trustee in numerous cases since 1999; and (e) Mr. Sender in his capacity as a Chapter 7 trustee utilizes software provided by a subsidiary of Epiq Systems, the noticing agent for the Debtors in this bankruptcy case. SWW does not believe it has represented any of Debtors' creditors or interested parties in past unrelated matters. However, to the extent SWW has engaged in such representation, SWW does not and will not represent such parties with respect to any matters in connection with this bankruptcy case.

7. On or about May 15, 2015, the Debtors retained SWW to represent them in connection with a Chapter 11 bankruptcy proceeding. In the May 15, 2015 engagement, the parties agreed to hourly rates substantially similar to those identified below in this Application. In the initial engagement, Debtors provided SWW a retainer of $25,000, which was supplemented during the course of SWW's representation. Debtors agreed to provide SWW an additional retainer of $75,000, assuming Debtors arranged for debtor-in-possession financing or an additional $250,000 in the event debtor-in-possession financing was not obtained. Debtors did not obtain debtor-in-possession financing. Rather, they have entered into a cash collateral agreement with their primary secured lender, subject to Court approval. Accordingly, the retainer was adjusted as described hereafter. Prior to commencement of this case, SWW received an aggregate amount of

$130,132.00 from Debtors. Of that $130,132.00, $62,584.00 was paid to SWW prior to the commencement of this case for prepetition services provided. The remaining balance of $67,584.00 is being held as a retainer.

8. SWW asserts a security interest in the retainer. In the event the case is converted to a Chapter 7 proceeding, the security interest in the retainer may enable SWW to receive payment of its fees and expenses to the extent of the retainer while other administrative expenses remain unpaid. There are no liens or interests in the retained funds other than the security interest claimed by SWW.

9. The Debtors believe that the employment of the law firm of SWW as attorneys for the Debtors is in the best interest of the creditors and the respective bankruptcy estates.

10. The professionals' current hourly rates for the services referenced above are as follows:

| | |
|---|---|
| Harvey Sender | $500 per hour |
| John B. Wasserman | $500 per hour |
| David V. Wadsworth | $375 per hour |
| Daniel A. Hepner | $375 per hour |
| Robert D. Lantz | $325 per hour |
| David J. Warner | $275 per hour |
| Aaron J. Conrardy | $240 per hour |
| Katharine S. Sender | $150 per hour |
| Paralegals | $115 per hour |

These rates may change periodically after notice to the Debtor. The above billing rates are customary for this firm and the same billing rates were used in connection with the prepetition services SWW provided to Debtors. In connection with SWW's representation of the Debtors, the parties did not agree to any variations from or alternatives to SWW's customary billing arrangements.

11. In further support of this Application is the Verified Statement of James C. Wilbourn Pursuant to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases, which is attached hereto as Exhibit 2.

12. SWW shall make application to the Court pursuant to the rules of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses.

13. SWW requests that the Order approving its application be granted *nunc pro tunc* June 22, 2015.

WHEREFORE, the Debtors request that this Court enter an Order in the form attached hereto authorizing the Debtors to employ the law firm of Sender Wasserman Wadsworth, P.C. as co-counsel in this bankruptcy proceeding, *nunc pro tunc* June 22, 2015, and approve the retainer in the amount of $67,548.00 and for such other and further relief as the Court deems just.

Dated this 23rd day of June, 2015.

        Respectfully submitted,

        SENDER WASSERMAN WADSWORTH, P.C.

        */s/ Harvey Sender*
        Harvey Sender, #7546
        Aaron J. Conrardy, #40030
        1660 Lincoln Street, Suite 2200
        Denver, Colorado 80264
        (303) 296-1999; (303) 296-7600 (fax)
        hsender@sww-legal.com
        aconrardy@sww-legal.com
        Attorneys for the Debtors