*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

Date: **June 24, 2015**                                                                                    Honorable Michael E. Romero, Presiding

In re:   **MIDWAY GOLD US INC., et al.,**[1]

Case No. 15-16835 MER
**Chapter 11**
**Jointly Administered**

Debtors

| | Appearances | | |
|---|---|---|---|
| **Trustee** | **United States Trustee** | Counsel | **Leo Weiss** |
| Debtors | | Counsel | **Stephen Lerner, Andrew Simon**, **Harvey Sender** |
| Creditor | **Commonwealth Bank of Australia** | Counsel | **Caroline Fuller** |
| Creditor | **Barrick Gold Exploration Inc.** | Counsel | **Matthew Ochs** |
| Creditor | **Hale Capital Partners** | Counsel | **Craig Allely** |

**Proceedings:**   Expedited Hearing regarding various Initial Chapter 11 Motions

**Orders:**

[X]   As set forth on the record, the Court granted the Debtors' Motion for Final Order Authorizing Debtors to Pay: (A) Prepetition Employee Wages, Salaries and Related Items; (B) Prepetition Reimbursable Expenses and Corporate Credit Card Obligations; (C) Employee Payroll Deductions and Withholdings; (D) Prepetition Contributions to, and Benefits Under, Employee Benefit Plans; and (E) All Costs and Expenses Incident to the Foregoing (Docket No. 13); and the Debtors' Motion for Final Order Authorizing Midway Gold US, Inc. to Act as Foreign Representative Pursuant to Section 1505 of The Bankruptcy Code (Docket No. 17) .  Separate orders granting these motions as final shall enter.

[X]   As set forth on the record, the Court granted the Debtors' Motion for an Interim Order Granting Debtors' Expedited Motion For Interim and Final Orders (I)Determining Adequate Assurance of Payment of Future Utility Services, (II) Establishing Determination and Opt-Out Procedures and (III) Restraining Utility Companies from Discontinuing, Altering or Refusing Service (Docket No. 14).  A separate interim order granting this motion shall enter.  The Court set a half day final hearing on this Utilities Motion for Tuesday, July 21, 2015 at 9:30 a.m. in Courtroom C.   Objections to this Motion must be filed on or before Friday, July 17, 2015 at 3:00 p.m. (Mountain Time).

[X]   As set forth on the record, the Court granted on an interim basis the Debtors' Motion for an Interim Order (A) Authorizing, but not Directing, The Debtors to Pay Taxes and Fees and (B) Authorizing, But not Directing, all Financial Institutions to Honor Related Payment Requests (Docket No. 15); the Debtors' Motion for an Interim Order (A) Authorizing Post-Petition use of Cash Collateral, (B) Granting Adequate Protection to Secured Parties, (C) Scheduling A final Hearing Pursuant to Bankruptcy Rule 4001(B) and (D) Granting Related Relief (Docket No. 19);  the Debtor's Motion for an Order Order (A) Authorizing, but not Directing, the Debtors to Maintain Their Existing Bank Accounts, Cash Management System and Business Forms (Docket No. 16) as amended on the record; and the Debtors' Motion for an Interim Order Establishing Notification and Hearing Procedures for Transfers of Certain Equity Securities (Docket No. 18) as amended on the record.  Separate interim orders granting these motions shall enter.

[X]   The Court set a one day combined final hearing on the Debtors' Tax Motion (Docket No. 15), Cash Management Motion (Docket No. 16), Transfers of Equity Securities Motion (Docket No. 18), and Cash Collateral Motion (Docket No. 19) for Tuesday, August 4, 2015 at 9:30 a.m. in Courtroom C.   Objections to these Motions must be filed on or before Tuesday, July 28, 2015.

Date: **June 24, 2015**          FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By:_____

---

[1]   The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp.(15-16836 MER); Golden Eagle Holding, Inc. (15-16837); MDW-GR Holding Corp. (15-16838 MER); RR Exploration, LLC (15-16839 MER); Midway Services Company (15-16840); Nevada Talon, LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER); GEH (US) Holding Inc. (15-16848 MER).