**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-16835 MER |
| Midway Gold US, Inc. | ) | Chapter 11 |
| EIN: 27-0088512 | ) | (Jointly administered) |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S AMENDED APPOINTMENT OF JOINT
OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee hereby appoints the following persons to the Joint Official Committee holding unsecured claims in the Midway Gold US, Inc. and other cases jointly administered therewith:

Boart Longyear
C/o Rick VanAlfen
2570 W. 1700 S
Salt Lake City, UT 84104
Rick.Vanalfen@boartlongyear.com

EPC Services Company
C/o Kim Champney
3521 Gabel Road
Billings, MT 59102
Kim.Chamney@eciblgs.com

Sunbelt Rentals
C/o Ronald P. Matley*
1275 West Mound St.
Columbus, OH 43223
RMatley@sunbeltrentals.com

Jacobs Engineering Group, Inc.
C/o Michael S. Udovic
155 N. Lake Ave.
Pasadena, CA 91101
Mike.Udovic @jacobs.com

SRK Consulting (US), Inc.
C/o Robert W. Klumpp
7175 W. Jefferson Ave.
Ste. 3000
Lakewood, CO 80235
bklumpp@srk.com

InFaith Community Foundation
C/o Mandy Tuong
625 Fourth Ave. South
Ste.  1500
Mpls, MN 55415
Mandy.Yuong@infaithfound.org

American Assay Laboratories
C/o George Burke
1500 Glendale Ave.
Sparks, NV 89431-5902
aalbanking@ nvbell.com

* Ronald P. Matley is hereby designated as Chair of the Committee.

Dated:  July 8, 2015

Respectfully submitted,

PATRICK S. LAYNG

By: /s *Leo M. Weiss*

Byron G. Rogers Federal Office Building
1961 Stout St.
Ste. 12-200
Denver, CO 80291
(303) 312-7244
Fax: (303) 312-7259
Leo.M.Weiss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF JOINT OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, to the members of the Joint Official Committee of Unsecured Creditors and to the following parties:

Dated:July 1, 2015

Boart Longyear
C/o Rick VanAlfen
2570 W. 1700 S
Salt Lake City, UT 84104
Rick.Vanalfen@boartlongyear.com

EPC Services Company
C/o Kim Champney
3521 Gabel Road
Billings, MT 59102
Kim.Chamney@eciblgs.com

Sunbelt Rentals
C/o Ronald P. Matley
1275 West Mound St.
Columbus, OH 43223
RMatley@sunbeltrentals.com

Jacobs Engineering Group, Inc.
C/o Michael S. Udovic
155 N. Lake Ave.
Pasadena, CA 91101
Mike.Udovic @jacobs.com

SRK Consulting (US), Inc.
C/o Robert W. Klumpp
7175 W. Jefferson Ave.
Ste. 3000
Lakewood, CO 80235
bklumpp@srk.com

InFaith Community Foundation
C/o Mandy Tuong
625 Fourth Ave. South
Ste.  1500
Mpls, MN 55415
Mandy.Yuong@infaithfound.org

American Assay Laboratories
C/o George Burke
1500 Glendale Ave.
Sparks, NV 89431-5902

Harvey Sender
1660 Lincoln St.
Ste 2200
Denver, CO 80264

Midway Gold US, Inc.
c/o Bradley Blacketor
8310 South Valley Highway
Suite 280
Englewood, CO 80112

Stephen D. Lerner
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

Nava Hazan
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

*s/ Leo M. Weiss*
Office of the United States Trustee