# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | **Case No. 15-16835 MER** |
| | ) | |
| **MIDWAY GOLD US INC.** *et al.*,[1] | ) | **Chapter 11** |
| | ) | **Jointly Administered Under** |
| Debtors. | ) | **Case No. 15-16835 MER** |
| | ) | |

---

## ORDER GRANTING MOTION FOR ORDER AUTHORIZING
## FILING OF EXHIBIT UNDER SEAL

---

THIS MATTER, having come before the Court on the *Motion for Order Authorizing Filing of Exhibit Under Seal* (the "Motion") filed by Midway Gold US Inc. and the affiliated debtors and debtors in possession in these cases (collectively, the "Debtors"), and the Court finding that good cause has been shown why the requested relief should be granted, it is hereby

ORDERED that the Motion is granted, and it is

FURTHER ORDERED, that Exhibit 2 tendered at the September 11, 2015 hearing in connection with Debtors' *Motion for an Order Authorizing the Implementation of a Key Employee Retention Plan for Non-Insider Employees*, and separately filed at Docket No. 296 shall be kept under seal and not be disclosed to any party other than the Debtors, the Office of the U.S. Trustee, the Clerk of the Court and the Court.  Any request to unseal Exhibit 2 shall be made by motion on notice providing interested parties a reasonable opportunity to object.

DONE this  14th  day of September, 2015.

BY THE COURT:

_____
Bankruptcy Court Judge

---

[1] The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp. (15-16836 MER); Golden Eagle Holding Inc. (15-16837 MER); MDW-GR Holding Corp. (15-16838 MER); RR Exploration LLC (15-16839 MER); Midway Services Company (15-16840 MER); Nevada Talon LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER) , GEH (US) Holding Inc. (15-16848 MER).