**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-16835 MER |
| | ) | |
| **MIDWAY GOLD US INC.** *et al.*,[1] | ) | Chapter 11 |
| | ) | Jointly Administered Under |
| Debtors. | ) | Case No. 15-16835 MER |

**ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES UNDER SECTION 1121(d) OF THE BANKRUPTCY CODE**

THIS MATTER comes before the court on the *Motion of Debtors and Debtors in Possession for an Order Extending Exclusive Periods to File a Plan and Solicit Acceptances Under Section 1121(d) of the Bankruptcy Code* (the "Motion")[2] filed on September 17, 2015 by Midway Gold US Inc. and its affiliated debtors and debtors-in-possession (the "Debtors"). No objections to the Motion have been filed. The court, having reviewed the Motion and the entire record of these cases, finds that (i) the Court has jurisdiction over this matter and this matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2), (ii) sufficient notice of the Motion has been given and no other or further notice or opportunity to be heard is necessary or warranted; and (iii) good cause exists to extend the Exclusivity Periods as provided for herein, and therefore

ORDERS as follows:

1. The Motion is GRANTED.

2. The Current Plan Exclusivity Period is hereby extended through and including January 18, 2016 and the Current Acceptance Exclusivity Period is hereby extended through and including March 21, 2016, in each case subject to the Debtors' right to request further extensions if and when they deem necessary or appropriate.

3. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

DATED this  5th  day of  October  , 2015.        BY THE COURT:

_U.S. Bankruptcy Judge_

---

[1] The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp. (15-16836 MER); Golden Eagle Holding Inc. (15-16837 MER); MDW-GR Holding Corp. (15-16838 MER); RR Exploration LLC (15-16839 MER); Midway Services Company (15-16840 MER); Nevada Talon LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER) , GEH (US) Holding Inc. (15-16848 MER).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned in the Motion.