**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 15-16835 MER |
| | ) | *Jointly Administered Under Case No. 15-16835-MER* |
| **MIDWAY GOLD U.S. INC., *et al.*,[1]** | ) | |
| | ) | |
| **Debtors.** | ) | Chapter 11 |
| | ) | |
| | ) | |

### LIMITED OBJECTION TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE PRIVATE SALE OF THE SPRING VALLEY PROPERTY.

In Faith Foundation ("**IFF**") hereby files its limited objection to Motion of the Debtors for Order Authorizing the Private Sale of the Spring Valley Property. In support of this Objection IFF states as follows:

1. IFF is the registered and beneficial owner of holder of certain rights and royalty interests in the following:

    A. August 15, 2003 Option Agreement between Paul G. Schmidt and Midway Gold Corp.

    B. August 3, 2007 Mining Deed (With Reservation and Conveyance of Royalty) between Paul G. Schmidt and MGC Resources, Inc ("Mining Deed").

    C. Forty-four (44) Spring Valley Mineral Claims located in Pershing County, Nevada known as Claims SV-1-44.

2. Debtors filed a 191 page Asset Purchase Agreement, with numerous exhibits ("**APA**") at Docket 507-1.

3. At page 109 of 191 on the APA is a document labeled Assignment and Assumption List of Assumed Liabilities ("**Assignment Exhibit**"). A copy of the Assignment Exhibit is incorporated herein and attached hereto as **Exhibit A**.

---

[1] The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp. (15-16836 MER); Golden Eagle Holding Inc. (15-16837 MER); MDW-GR Holding Corp. (15-16838 MER); RR Exploration LLC (15-16839 MER); Midway Services Company (15-16840 MER); Nevada Talon LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER), GEH (US) Holding Inc. (15-16848 MER).

{Z0082135/1 }

4. The Assignment Exhibit purports to list liabilities that are assumed, however the language dealing with the IFF properties is confusing.

5. Paragraph 5 of the Assignment Exhibit states as follows:

"Excluding any expenses or costs (including legal costs, work in progress and ordinary claim maintenance and other like fees) accruing prior to the Closing Date, any additional claims, royalties, obligations, demands, or other liabilities relating to:

(i). the August 15, 2003 *Option Agreement* between Paul G. Schmidt and Midway Gold Corp.

(ii) the August 3, 2007 *Mining Deed (With Reservation and Conveyance of Royalty)* between Paul G. Schmidt and MGC Resources, Inc ("Mining Deed"), including without limitation the Primary Royalty, the Perimeter Royalty or the Perimeter Area, as defined therein; and

(iii) any claims for royalties or payments arising form or relating to the following mining claims situation in proximity to the Claims as defined in the Mining Deed": [Spring Valley Mineral Claims located in Pershing County known as Claims SVB 3 through SVB 13 and Claims SV-1 through SV 44].

6. Since the language of Paragraph 5 of the Assignment Exhibit starts with the word "Excluding" it is not clear if such term applies to items (i), (ii) and (iii) or if those items are carved out from the exclusion and are Assumed Liabilities.

7. In order to avoid confusion as to the parties' rights and privileges, IFF respectfully requests that the order approving sale, specifically find that items (i), (ii) and (iii) above are "Assumed Liabilities". If these are not to be assumed liabilities, IFF respectfully requests an evidentiary hearing regarding IFF's rights to properties being transferred and delay any transfer until IFF's rights are determined.

Dated: December 11, 2015            Respectfully submitted,

                                                **MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC**
*/s/ Donald D. Allen*
Donald D. Allen, Esq. (#10340)
1700 Lincoln, Suite 4550
Denver, Colorado 80203
Phone: (303) 830-0800 / Fax: (303) 830-0809
jmarkus@markuswilliams.com

*Counsel for InFaith Community Foundation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of December, 2015, I served by depositing same in the United States mail, first class postage prepaid a copy of the foregoing document on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Jeffrey L. Cohen
1114 Avenue of the Americas
New York, NY 10036-7798

Epiq Systems
757 Third Avenue, 3rd Floor
New York, NY 10017

Caroline C. Fuller
1801 California St., Ste. 2600
Denver, CO 80202

Brian P. Gaffney
Virginia Olmstead
1200 17th St., Ste. 1900
Denver, CO 80202

Michael J. Guyerson
1801 Broadway, Ste. 900
Denver, CO 80202

Robert Hill
5334 S. Prince St.
Littleton, CO 80120

Bruce B. Kemp
1600 Smith St., Ste. 5000
Houston, TX 77002-2716

Matthew J. Ochs
555 17th St., Ste., 3200
Denver, CO 80202

Harvey Sender
Aaron J. Conrardy
1660 Lincoln St., Ste. 2200
Denver, CO 80264

Leo M. Weiss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Lars H. Fuller
1801 California St., Ste. 4400
Denver, CO 80202

Peter W. Ito
1550 Larimer St., Ste. 667
Denver, CO 80202

Nava Hazan
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

Peter W. Ito
1550 Larimer St., Ste. 667
Denver, CO 80202

Stephen D. Lerner
221 E. Fourth St., #2900
Cincinnati, OH 45202

Christian C. Onsager
1801 Broadway, Ste. 900
Denver, CO 80202

*s/ Jenny F. Tokuoka*
Jenny F. Tokuoka