Exhibit A
to
Assignment and Assumption
List of Assumed Liabilities

Capitalized Terms have the meaning set forth in the Purchase Agreement.

1. all liabilities and obligations under the Assigned Contracts, Permits and Environmental Claims whether arising prior to or on or after the Closing Date, including, without limitation, the Cure Amounts;

2. all liabilities and obligations with respect to the Disclosed Litigation, excluding any expenses or costs (including legal costs and work-in-progress) accrued with respect to the defense of such Disclosed Litigation prior to the Closing Date;

3. all liabilities and obligations for (i) Taxes relating to the Spring Valley Business, the Additional Spring Valley Business, the Purchased Assets or the Assumed Liabilities for any taxable period or portion thereof following the Closing Date (and for this purpose, any Taxes for any Straddle Period shall be allocated between the portion of such Straddle Period ending on the Closing Date and the portion of such Straddle Period beginning after the Closing Date on an interim "closing of the books method", provided that any Taxes (such as property Taxes) that are not imposed on income, receipts or otherwise on a transactional basis shall be allocated on a daily basis, with "Straddle Period" meaning any taxable period beginning before and ending after the Closing Date), and (ii) Taxes for which Buyer is liable pursuant to Section 5.13 of the Purchase Agreement;

4. all liabilities and obligations arising on or after the Closing Date from or relating to any condition of the Purchased Assets, the Spring Valley Business or the Additional Spring Valley Business, whether known or unknown or contingent;

5. Excluding any expenses or costs (including legal costs, work in progress and ordinary claim maintenance and other like fees) accruing prior to the Closing Date, any additional claims, royalties, obligations, demands or other liabilities arising from or relating to:

(i) the August 15, 2003 *Option Agreement* between Paul G. Schmidt and Midway Gold Corp.;

(ii) the August 13, 2007 *Mining Deed (With Reservation and Conveyance of Royalty)* between Paul G. Schmidt and MGC Resources Inc. ("Mining Deed"), including without limitation the Primary Royalty, the Perimeter Royalty, or the Perimeter Area, as defined therein; and

(iii) any claims for royalties or payments arising from or relating to the following mining claims situated in proximity to the Claims, as defined in the Mining Deed:

| Claim Name | BLM Serial # | Recording Information |
|---|---|---|
| SVB 1 | NMC 1023658 | Pershing, BK 453 Pg 660 Doc Nbr 366815 |
| SVB 2 | NMC 1023659 | Pershing, BK 453 Pg 661 Doc Nbr 366816 |

Exhibit A-1             InFaith Foundation Exhibit A

| Claim Name | BLM Serial # | Recording Information |
|---|---|---|
| SVB 3 | NMC 1023660 | Pershing, BK 453 Pg 662 Doc Nbr 366817 |
| SVB 4 | NMC 1023661 | Pershing, BK 453 Pg 663 Doc Nbr 366818 |
| SVB 5 | NMC 1023662 | Pershing, BK 453 Pg 664 Doc Nbr 366819 |
| SVB 6 | NMC 1023663 | Pershing, BK 453 Pg 665 Doc Nbr 366820 |
| SVB 7 | NMC 1023664 | Pershing, BK 453 Pg 666 Doc Nbr 366821 |
| SVB 8 | NMC 1023665 | Pershing, BK 453 Pg 667 Doc Nbr 366822 |
| SVB 9 | NMC 1023666 | Pershing, BK 453 Pg 668 Doc Nbr 366823 |
| SVB 10 | NMC 1023667 | Pershing, BK 453 Pg 669 Doc Nbr 366824 |
| SVB 11 | NMC 1023668 | Pershing, BK 453 Pg 670 Doc Nbr 366825 |
| SVB 12 | NMC 1023669 | Pershing, BK 453 Pg 671 Doc Nbr 366826 |
| SVB 13 | NMC 1011089 | Pershing, BK 449 Pg 865 Doc Nbr 364917 |
| SV 1 | NMC 817628 | Pershing, BK 352 Pg 678 |
| SV 2 | NMC 817629 | Pershing, BK 352 Pg 679 |
| SV 3 | NMC 817630 | Pershing, BK 352 Pg 680 |
| SV 4 | NMC 817631 | Pershing, BK 352 Pg 681 |
| SV 5 | NMC 817632 | Pershing, BK 352 Pg 682 |
| SV 6 | NMC 817633 | Pershing, BK 352 Pg 683 |
| SV 7 | NMC 817634 | Pershing, BK 352 Pg 684 |
| SV 8 | NMC 748203 | Pershing, BK 304 Pg 446 |
| SV 9 | NMC 817635 | Pershing, BK 352 Pg 685 |
| SV 10 | NMC 748205 | Pershing, BK 304 Pg 448 |
| SV 11 | NMC 817636 | Pershing, BK 352 Pg 686 |
| SV 12 | NMC 748207 | Pershing, BK 304 Pg 450 |
| SV 13 | NMC 817637 | Pershing, BK 352 Pg 687 |
| SV 14 | NMC 748209 | Pershing, BK 304 Pg 452 |
| SV 15 | NMC 817638 | Pershing, BK 352 Pg 688 |
| SV 16 | NMC 748211 | Pershing, BK 304 Pg 454 |
| SV 17 | NMC 817639 | Pershing, BK 352 Pg 689 |
| SV 18 | NMC 748213 | Pershing, BK 304 Pg 456 |
| SV 19 | NMC 817640 | Pershing, BK 352 Pg 690 |
| SV 20 | NMC 748215 | Pershing, BK 304 Pg 458 |
| SV 21 | NMC 817641 | Pershing, BK 352 Pg 691 |
| SV 22 | NMC 817642 | Pershing, BK 352 Pg 692 |
| SV 23 | NMC 817643 | Pershing, BK 352 Pg 693 |
| SV 24 | NMC 817644 | Pershing, BK 352 Pg 694 |
| SV 25 | NMC 817645 | Pershing, BK 352 Pg 695 |
| SV 26 | NMC 817646 | Pershing, BK 352 Pg 696 |
| SV 27 | NMC 748222 | Pershing, BK 304 Pg 465 |
| SV 28 | NMC 817647 | Pershing, BK 352 Pg 697 |
| SV 29 | NMC 748224 | Pershing, BK 304 Pg 467 |

Exhibit A-1

| Claim Name | BLM Serial # | Recording Information |
|---|---|---|
| SV 30 | NMC 748225 | Pershing, BK 304 Pg 468 |
| SV 31 | NMC 748226 | Pershing, BK 304 Pg 469 |
| SV 32 | NMC 748227 | Pershing, BK 304 Pg 470 |
| SV 33 | NMC 748228 | Pershing, BK 304 Pg 471 |
| SV 34 | NMC 748229 | Pershing, BK 304 Pg 472 |
| SV 35 | NMC 748230 | Pershing, BK 304 Pg 473 |
| SV 36 | NMC 748231 | Pershing, BK 304 Pg 474 |
| SV 37 | NMC 748232 | Pershing, BK 304 Pg 475 |
| SV 38 | NMC 748233 | Pershing, BK 304 Pg 476 |
| SV 39 | NMC 748234 | Pershing, BK 304 Pg 477 |
| SV 40 | NMC 748235 | Pershing, BK 304 Pg 478 |
| SV 41 | NMC 748236 | Pershing, BK 304 Pg 479 |
| SV 42 | NMC 748237 | Pershing, BK 304 Pg 480 |
| SV 43 | NMC 748238 | Pershing, BK 304 Pg 481 |
| SV 44 | NMC 748239 | Pershing, BK 304 Pg 482 |

6. Any claims, demands or litigation accruing or arising after the Closing Date associated with the Assumed Liabilities, Purchased Assets, Spring Valley Business and the Additional Spring Valley Business;

7. Any liabilities or obligations accruing or arising after the Closing Date from or relating to statutory, regulatory or other legal requirements;

8. Excluding any expense or costs (including legal costs and work in progress) accruing prior to the Closing Date, any ancillary or related claims or demands made in connection with the Disclosed Litigation; and

9. Claims asserted by Barrick in its Proofs of Claim (Claim Nos. 223 and 224).