# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | Case No. 15-16835 MER |
| | ) | |
| **MIDWAY GOLD US INC. *et al.*,**[1] | ) | Chapter 11 |
| | ) | Jointly Administered Under |
| **Debtors.** | ) | Case No. 15-16835 MER |
| | ) | |

## NOTICE OF RESOLUTION OF OBJECTIONS TO MOTION FOR AN ORDER AUTHORIZING THE PRIVATE SALE OF THE SPRING VALLEY PROPERTY

PLEASE TAKE NOTICE that:

1. On December 1, 2015, Midway Gold US, Inc. ("Midway Gold") and affiliated debtors and debtors in possession (the "Debtors") filed a *Motion for Entry of an Order (A) Authorizing the Private Sale of the Spring Valley Property Free and Clear of Liens, Claims, and Interests Pursuant to Sections 363(b) and (f) of the Bankruptcy Code, (B) Approving the Asset Purchase Agreement with Solidus Resources, LLC, (C) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* (the "Sale Motion") (Doc. No. 507).

2. The following two objections and one reservation of rights were timely filed in response to the Sale Motion by the December 11, 2015 objection deadline (the "Objections"):

    a. *Objection of Lamonte J. Duffy to Motion for Entry of an Order (A) Authorizing the Private Sale of the Spring Valley Property Free and Clear of Liens, Claims, and Interests Pursuant to Sections 363(b) and (f) of the Bankruptcy Code, (B) Approving the Asset Purchase Agreement with Solidus Resources, LLC, (C) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* (the "Duffy Objection") (Doc. No. 551);

    b. *Limited Objection to Motion of the Debtors for Entry of an Order Authorizing the Private Sale of the Spring Valley Property*, filed by In Faith Foundation (the "IFF Objection") (Doc. No. 554); and

---

[1] The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp. (15-16836 MER); Golden Eagle Holding Inc. (15-16837 MER); MDW-GR Holding Corp. (15-16838 MER); RR Exploration LLC (15-16839 MER); Midway Services Company (15-16840 MER); Nevada Talon LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER) , GEH (US) Holding Inc. (15-16848 MER).

      c. *Response in Support of Sale, Subject to Reservation of Rights and Conditional Objection, of Barrick Gold Exploration, Inc. to Motion for Entry of an Order (A) Authorizing the Private Sale of the Spring Valley Property Free and Clear of Liens, Claims, and Interests Pursuant to Sections 363(b) and (f) of the Bankruptcy Code, (B) Approving the Asset Purchase Agreement with Solidus Resources, LLC, (C) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* (the "<u>Barrick Reservation of Rights</u>") (Doc. No. 555).

    3.      The Debtors have fully resolved each of the Objections. In particular, (i) the Duffy Objection was resolved by adding a new paragraph 41 in the proposed Sale Order providing for an agreed cure amount as set forth therein, (ii) the IFF Objection was resolved by adding language in paragraph 39 of the proposed Sale Order acknowledging that the Purchaser is in receipt of a copy of a certain deed as set forth therein, and (iii) the Barrick Reservation of Rights was resolved without adding new language to the proposed Sale Order, which resolution will be stated on the record at today's hearing on the Sale Motion.

    4.      A clean copy of the Sale Order reflecting these changes, together with (i) a redline showing only those changes made to the last proposed Sale Order filed with the Court (Doc. 553) and (ii) a cumulative redline showing those changes made to the original proposed Sale Order since it was first filed with the Sale Motion, are attached hereto as <u>Exhibits A, B, and C</u>.

    5.      Accordingly, with the foregoing resolutions, the Sale Motion is now unopposed.

Dated: December 14, 2015

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ *Stephen D. Lerner*
Stephen D. Lerner (Ohio #0051284)
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
(513) 361-1200 (phone)
(513) 361-1201 (fax)
Stephen.lerner@squirepb.com
Admitted to District Court for District of Colorado

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Harvey Sender*
Harvey Sender, #7546
Aaron J. Conrardy, #44030
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
hsender@sww-legal.com
aconrardy@sww-legal.com

**Attorneys for Debtors and Debtors in Possession**