**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 15-16835-MER** |
| | ) | |
| **MIDWAY GOLD US INC. *et al.*,**[1] | ) | **Chapter 11** |
| | ) | **Jointly Administered Under** |
| **Debtors.** | ) | **Case No. 15-16835-MER** |
| | ) | |

---

**NOTICE OF FILING (I) REDLINED COPIES OF AMENDED PLAN AND DISCLOSURE STATEMENT, AND (II) CLEAN AND REDLINED COPIES OF PROPOSED FORMS OF RELATED DOCUMENTS**

---

**PLEASE TAKE NOTICE** that attached hereto are copies of the following documents in support of (i) the Debtors' proposed *First Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") (Doc. No. 1058), (ii) the Debtors' proposed *Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation* (the "Disclosure Statement") (Doc. No. 1059), and (iii) the Debtors' *Motion for Entry of an Order (A) Approving Disclosure Statement, (B) Approving Procedures for Solicitation of Votes on Joint Chapter 11 Plan of Liquidation, and (C) Scheduling Hearing for Confirmation of Joint Chapter 11 Plan of Liquidation* (the "Motion") (Doc. No. 978):

- Exhibit A – Comprehensive redline of the Plan reflecting all changes made to the version of the Plan originally filed on July 21, 2016 at Doc. No. 973;
- Exhibit B – Change-pages redline of the Plan reflecting only those changes made to the version of the Plan last filed on August 18, 2016 at Doc. No. 1007;
- Exhibit C – Comprehensive redline of the Disclosure Statement reflecting all changes made to the version of the Disclosure Statement originally filed on July 21, 2016 at Doc. No. 974;
- Exhibit D - Change-pages redline of the Disclosure Statement reflecting only those changes made to the version of the Disclosure Statement last filed on August 18, 2016 at Doc. No. 1009;
- Exhibits E1 and E2 – Clean and redlined copies of the proposed form of Disclosure Statement Order reflecting changes to the version filed as Exhibit A to the Motion;
- Exhibits F1 and F2 – Clean and redlined copies of the proposed form of the Confirmation Hearing Notice reflecting changes to the version filed as Exhibit B to the Motion;

[1] The Debtors and their respective case numbers are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp. (15-16836 MER); Golden Eagle Holding Inc. (15-16837 MER); MDW-GR Holding Corp. (15-16838 MER); RR Exploration LLC (15-16839 MER); Midway Services Company (15-16840 MER); Nevada Talon LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER); GEH (US) Holding Inc. (15-16848 MER).

- Exhibits G1 and G2 - Clean and redlined copies of the proposed form of Ballot reflecting changes to the version filed as Exhibit C to the Motion; and
- Exhibits H1 and H2 – Clean and redlined copies of the proposed form of Notice of Non-Voting Status reflecting changes to the version filed as Exhibit D to the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing documents are available free of charge online at http://dm.epiq11.com/MGC or for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508. Any interested parties who desire a copy of the any of the Documents may also submit such request to counsel for the Debtors at the address listed below.

Dated: September 13, 2016

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ *Stephen D. Lerner*
Stephen D. Lerner (Ohio #0051284)
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
(513) 361-1200 (phone)
(513) 361-1201 (fax)
Stephen.lerner@squirepb.com
Admitted to District Court for District of Colorado

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Harvey Sender*
Harvey Sender, #7546
Aaron J. Conrardy, #44030
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
hsender@sww-legal.com
aconrardy@sww-legal.com

**Attorneys for the Debtors and Debtors in Possession**