**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

# Minutes of Proceeding

| | |
|---|---|
| September 14, 2016 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
| In re:<br><br>MIDWAY GOLD US INC. et al.,[1]<br><br>Debtors | Case No. 15-16835 MER<br><br>Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| Trustee | United States Trustee | Counsel | Leo Weiss |
| Debtor | | Counsel | Stephen Lerner/Harvey Sender |
| Creditor | Securities and Exchange Comm. | Counsel | Jolene Wise |
| Creditor | Unsecured Creditors Committee | Counsel | Seth Vanaalten |
| Creditor | Jacobs Field Services | Counsel | David Piper |
| Creditor | Tom Patton | Counsel | Lars Fuller |
| Creditor | EPC Services Company | Counsel | Peter Ito |
| Creditor | Ledcor CMI Inc. | Counsel | Gerald Kennedy |
| Creditor | Hale Capital Partners | Counsel | Daniel Bugbee |
| Creditor | Golder Associates | Counsel | Adam Sinton |
| Creditor | Commonwealth Bank of Australia | Counsel | M. Rork/A. Talesnick/R. Stern |

Proceedings:

Hearing on Adequacy of the Disclosure Statement; Omnibus Motions Hearing

Orders:

[X] The Debtor shall file appropriate motions regarding the settlement with RBC Dominion Securities.

[X] The Debtor's Amended Disclosure Statement filed on September 13, 2016, will be conditionally approved with the one change described on the record. No dates for mailing, voting or a confirmation hearing will be set at this time. The Court will set the appropriate dates and deadlines dependent on motions to dismiss and/or for judgment on the pleadings to be adjudicated between Commonwealth Bank of Australia, Jacobs Field Services and Ledcor CMI Inc. in pending adversary proceeding No. 16-1172 MER.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:______________________________
Deputy Clerk

[1] 1 The Debtors and their respective case numbers subject to this order are: Midway Gold US Inc. (15-16835 MER); Midway Gold Corp.(15-16836 MER); Golden Eagle Holding, Inc. (15-16837); MDW-GR Holding Corp. (15-16838 MER); RR Exploration, LLC (15-16839 MER); Midway Services Company (15-16840); Nevada Talon, LLC (15-16841 MER); MDW Pan Holding Corp. (15-16842 MER); MDW Pan LLP (15-16843 MER); MDW Gold Rock LLP (15-16844 MER); Midway Gold Realty LLC (15-16845 MER); MDW Mine ULC (15-16846 MER); GEH (B.C.) Holding Inc. (15-16847 MER); GEH (US) Holding Inc. (15-16848 MER).